IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                    FILED
                              U.S. DISTRICT COURT
                              DISTRICT OF COLORADO

                              2007 JUN 14  PM 3: 00

                              GREGORY C. LANGHAM
                                      CLERK

                              BY_____DEP. CLK
```

**Criminal Case Number: 06-cr-00428-REB-02**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**2.**    **REY D. GARCIA-PEREZ,**

      **Defendant.**

---

### ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION FOR A § 3144 MATERIAL WITNESS WARRANT FOR WITNESS OSCAR DE JESUS RIOS-CASTANEDA

---

**THIS MATTER**, coming to be heard on the Government's *ex parte* application under 18 U.S.C. § 3144, for a material witness warrant for Oscar De Jesus Rios-Castaneda on the grounds set forth in that application with supporting affidavit, and this Court, after having the opportunity to review the pleading, its file, and being otherwise fully advised in the premises, it is hereby **ORDERED** that the Government's application is hereby **GRANTED**.

It is further **ORDERED** that a warrant for the arrest of material witness Oscar De Jesus Rios-Castaneda shall issue **FORTHWITH** from the Clerk of this Court for the purpose of bringing the defendant before this Court for a hearing under 18 U.S.C. §§ 3142 and 3144.

DONE AND ORDERED this 14TH day of June, 2007, At 3:00 pm

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

copies to:   United States Marshal, District of Colorado
             U. S. Probation Officer Keith Williams, Denver

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

