IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00428-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  REY D. GARCIA-PEREZ,

    Defendant.

### ORDER ADOPTING THE STIPULATION OF THE PARTIES REGARDING FORFEITURE (COUNT THREE OF THE INDICTMENT) (Document Number 66)

**THIS MATTER** comes before the Court on the referenced stipulation of the parties, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Stipulation, for good cause shown, should be and is hereby **ADOPTED.**

THEREFORE, and following the conviction of this defendant of a drug trafficking felony as charged in Count One of the indictment, the interest of this defendant, if any, in the following automobile identified in Count Three of the indictment in this case: A 2000 blue Ford Focus SE Sport, 4-door vehicle, bearing Nebraska license plate number: PAR 177, registered in the name of Ramon Zavala-Lopez, 3016 Dodge Street, Omaha, Nebraska; is hereby **FORFEITED** to the Government pursuant to the provisions of Title 21, United States Code, Section 853(a)(2).

**DONE AND ORDERED** this 1st day of October, 2007,

                                        s/ Robert E. Blackburn
                                        _____
                                        ROBERT E. BLACKBURN
                                        JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO