IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 06-cr-00428-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.      RAY D. GARCIA-PEREZ,

       Defendant.

**ORDER**

_____

This matter is before the court on Defendant's pro se "Motion for Return of Property"

[Doc. No. 72].  The United States filed its Response on May 9, 2012 [Doc. No. 78].

The United States asserts

A current CSP TFO [Task Force Officer], Scott D'Amour followed up with CSP
with negative results. CSP does not have any property belonging to this
defendant. SA [Special Agent] Keiken also asked a Pueblo Police Department
TFO to inquire with the Pueblo County Jail where this defendant was initially
incarcerated, and that jail does not have any record of property relating to this
defendant either. The normal procedure in these type of cases would be for CSP
to turn over the defendant's personal property to the jail or other facility where he
is to be housed. Finally, after checking office records, SA Keiken confirmed that

> DEA [The Drug Enforcement Administration] never took custody of this defendant's personal property.

Resp. at 2.  The United States also suggested that "[i]f this defendant has a receipt or an inventory for the items seized, the Government will follow up on any case number or other identifiers listed thereupon."

The certificate of mailing shows that the United States' Response was mailed to the Defendant at "Rey D. Garcia-Perez #34529-013, POST CI DALBY, Inmate Mail/Parcels, 805 North Avenue F, POST, TX 79356."

The Defendant did not file a Reply to the Response nor did he submit any further paperwork to the court which could be used to trace his alleged missing property.  This court therefore assumes he has no documentation concerning the seizure of any property.

Given that the United States is not in possession of any property belonging to the Defendant, it is ORDERED

"Defendant's Motion for Return of Property" [Doc. No. 72] is DENIED.

Dated this 28th day of November, 2012.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge